346 A.2d 297

**Fannie PARAMORE, Appellant,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellee.**

Supreme Court of Pennsylvania.

Oct. 30, 1975.

Martin Greitzer, Philadelphia, for appellant.

Ralph B. Herbst, III, David P. Bruton, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed. *Johnson v. Yellow Cab Co.*, 456 Pa. 256, 317 A.2d 245 (1974).

ROBERTS, J., files a dissenting opinion, in which O'BRIEN and NIX, JJ., join.

## DISSENTING OPINION

ROBERTS, J.

I dissent for the reasons stated in the dissenting opinion of Justice O'Brien in *Johnson v. Yellow Cab Co.*, 456 Pa. 256, 317 A.2d 245 (1974), in which Justice Nix and I joined.

O'BRIEN and NIX, JJ., join in this dissenting opinion.